UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ESTHER HUNTE *and* JONATHAN HUNTE,

            Plaintiffs,

        v.

RUSHMORE LOAN MANAGEMENT
SERVICES, LLC,

            Defendant.

No. 22-CV-2169

ORDER DIRECTING PAYMENT OF FEES
OR IFP APPLICATION

KENNETH M. KARAS, United States District Judge:

    Plaintiffs bring this action pro se. To proceed with a civil action in this court, Plaintiffs must either pay a total of $402.00 in fees—a $350.00 filing fee plus a $52.00 administrative fee—or, to request authorization to proceed without prepayment of fees, each Plaintiff must submit a completed and signed in forma pauperis ("IFP") application. *See* 28 U.S.C. §§ 1914, 1915.

    Plaintiffs submitted the complaint without paying the fees to bring this action or each filing an IFP application. Within 30 days of the date of this Order, Plaintiffs must either pay a total of $402.00 in fees or each complete, sign, and submit separate IFP applications. An IFP application form is attached to this order. If a Plaintiff submits an IFP application, it should be labeled with docket number 22-CV-2169 (KMK). If the Court grants Plaintiff Esther Hunte's IFP application, she will be permitted to proceed without prepayment of fees. *See* 28 U.S.C. § 1915(a)(1).

    No summons shall issue at this time. If Plaintiffs comply with this Order, this action shall be processed in accordance with the procedures of the Clerk's Office. If a Plaintiff fails to comply with this Order within the time allowed, the Court will dismiss that Plaintiff's claims.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444–45 (1962) (holding that appellant demonstrates good faith when seeking review of a nonfrivolous issue).

The Clerk of Court is directed to mail a copy of this order to Plaintiff Esther Hunte and note service on the docket.

SO ORDERED.

Dated:   March 28, 2022
         White Plains, New York

                                        _____
                                        KENNETH M. KARAS
                                        United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

(full name of the plaintiff or petitioner applying (each person must submit a separate application))

-against-

_____

(full name(s) of the defendant(s)/respondent(s))

_____ CV _____ ( ) ( )

(Provide docket number, if available; if filing this with your complaint, you will not yet have a docket number.)

# APPLICATION TO PROCEED WITHOUT PREPAYING FEES OR COSTS

I am a plaintiff/petitioner in this case and declare that I am unable to pay the costs of these proceedings and I believe that I am entitled to the relief requested in this action. In support of this application to proceed *in forma pauperis* (IFP) (without prepaying fees or costs), I declare that the responses below are true:

1. *Are you incarcerated?*  ☐ Yes   ☐ No   (If "No," go to Question 2.)
   I am being held at: _____

   Do you receive any payment from this institution?  ☐ Yes   ☐ No
   Monthly amount: _____

   If I am a prisoner, *see* 28 U.S.C. § 1915(h), I have attached to this document a "Prisoner Authorization" directing the facility where I am incarcerated to deduct the filing fee from my account in installments and to send to the Court certified copies of my account statements for the past six months. *See* 28 U.S.C. § 1915(a)(2), (b). I understand that this means that I will be required to pay the full filing fee.

2. Are you presently employed?   ☐ Yes   ☐ No
   If "yes," my employer's name and address are:

   Gross monthly pay or wages: _____

   If "no," what was your last date of employment? _____

   Gross monthly wages at the time: _____

3. In addition to your income stated above (which you should not repeat here), have you or anyone else living at the same residence as you received more than $200 in the past 12 months from any of the following sources? Check all that apply.

   (a) Business, profession, or other self-employment    ☐ Yes   ☐ No
   (b) Rent payments, interest, or dividends              ☐ Yes   ☐ No

(c) Pension, annuity, or life insurance payments ☐ Yes ☐ No
(d) Disability or worker's compensation payments ☐ Yes ☐ No
(e) Gifts or inheritances ☐ Yes ☐ No
(f) Any other public benefits (unemployment, social security, food stamps, veteran's, etc.) ☐ Yes ☐ No
(g) Any other sources ☐ Yes ☐ No

If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.

If you answered "No" to all of the questions above, explain how you are paying your expenses:

4. How much money do you have in cash or in a checking, savings, or inmate account?

5. Do you own any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value, including any item of value held in someone else's name? If so, describe the property and its approximate value:

6. Do you have any housing, transportation, utilities, or loan payments, or other regular monthly expenses? If so, describe and provide the amount of the monthly expense:

7. List all people who are dependent on you for support, your relationship with each person, and how much you contribute to their support (only provide initials for minors under 18):

8. Do you have any debts or financial obligations not described above? If so, describe the amounts owed and to whom they are payable:

*Declaration:* I declare under penalty of perjury that the above information is true. I understand that a false statement may result in a dismissal of my claims.

_____     _____
Dated                                                          Signature

_____     _____
Name (Last, First, MI)                                Prison Identification # (if incarcerated)

_____     _____
Address          City                              State          Zip Code

_____     _____
Telephone Number                              E-mail Address (if available)