United States District Court
for the
Southern District of New York

| | | |
|---|---|---|
| Esther Hunte | ) | |
| | ) | Civil Action No. 22-cv-02169 |
| Plaintiff | ) | |
| | ) | |
| v. | ) | **NOTICE OF MOTION** |
| | ) | |
| | ) | |
| Rushmore Loan Management Services, LLC | ) | **MEMO ENDORSED** |
| | ) | |
| Defendant | ) | |

**PLEASE TAKE NOTICE** that upon the instant Notice of Motion, Declaration and Memorandum of Law in support of Gross Polowy, LLC by Stephen J. Vargas, Esq. dated April 12, 2023 and the exhibits attached thereto, and upon all the proceedings in this case to date, the Defendant, Rushmore Loan Management Services LLC ("Defendant") move this Court before U.S. District Court Kenneth M. Karas at the United States District Court for the Southern District of New York located at 300 Quarropas Street, White Plains, New York 10601 for the following relief:
 (a) Judgment on the pleadings, pursuant to Fed. R. Civ. P. §12(c);
 (b) Such other and further relief this Court may deem just and proper.

**PLEASE TAKE FURTHER NOTICE**, the Defendant will serve these motion papers on the Plaintiffs pursuant to §5.1(a)
.

DATED:   April 12, 2023
         Westbury, New York           /SJV/
                                      Stephen J. Vargas, Esq.
                                      *Attorneys for the Defendant, Rushmore Loan*
                                      *Management Services, LLC*
                                      Gross Polowy, LLC
                                      900 Merchants Concourse, Suite 201
                                      Westbury, NY 11590
                                      Tel.: (716)204-1700
                                      Fax: (716)204-1702

<u>Via PACER & U.S. Mail:</u>
Esther Hunte
*Pro Se Plaintiff*
42 Brooker Drive
Newburgh, NY 12550

Esther Hunte
*Pro Se Plaintiff*
P.O. Box 6
Newburgh, NY 12550

The Court denies the pending motion without prejudice. As per this Court's Individual Rules II.A., a pre-motion conference with the Court is required before making any motion to this Court. The Court has a scheduled status conference in this case on May 2, 2023 at 2:00pm. Defendant is instructed to submit a pre-motion letter outlining its upcoming motion by no later than April 20, 2023. Plaintiff's response is due no later than April 27, 2023. The Clerk of the Court is respectfully requested to terminate the pending Motion at Dkt. No. 31 and mail a copy of this letter to Plaintiff.

SO ORDERED

KENNETH M. KARAS U.S.D.J.

April 17, 2023