**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

ESTHER HUNTE,

Plaintiff,

-against-

22 **CIVIL** 2169 (KMK)

# JUDGMENT

RUSHMORE LOAN MANAGEMENT SERVICES, LLC,

Defendant.

---------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated August 31, 2026, Defendant's Motion for Summary Judgment is GRANTED. Accordingly, judgment is hereby entered in favor of Defendant and the case is closed.

**Dated:** New York, New York

September 2, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** Nesam Dulal

**Deputy Clerk**